UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA,

                              Plaintiff,

                                                    <u>DECISION AND ORDER</u>

                                                    03-CR-6095L

                                v.

ROBERT MC CULLOUGH,

                              Defendant.
_____

      By Order entered April 8, 2008 (Dkt. #30), this Court denied defendant's motion to reduce his sentence under provisions of 18 U.S.C. § 3582(c)(2). The Court determined that the defendant's sentence was not driven by the previously-existing Sentencing Guidelines.

      Now, by letter dated March 3, 2010, which has been filed as a motion for reconsideration (Dkt. #31), defendant requests that the Court reconsider its sentence and impose a sentence at the lowest end of the existing Guideline range.

      After considering all the matters, I see no reason to modify, change or reconsider my prior Decision of April 8, 2008 and, therefore, defendant's motion to reconsider is in all respects denied.

      IT IS SO ORDERED.

                                                   _____
                                                     DAVID G. LARIMER
                                                 United States District Judge

Dated: Rochester, New York
       March 30, 2010.